Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00184-AWI-SKO |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| KARNAIL SINGH KHINDA, Trustee of THE KARNAIL AND NARINDER KHINDA-KAUR FAMILY TRUST, et al., | Date: March 1, 2023<br>Time: 9:30 a.m.<br>Courtroom: 7 (6th Floor)<br>Magistrate Judge Sheila K. Oberto |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** on March 1, 2023 at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 7 of Magistrate Judge Sheila K. Oberto, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street in Fresno, California, Plaintiff, Darren Gilbert ("Plaintiff"), by and through his attorney of record, Tanya E. Moore of the Moore Law Firm, P.C., will move the Court for a default judgment against Defendants, Karnail Singh Khinda, Trustee of the Karnail and Narinder Khinda-Kaur Family Trust; and Narinder Kaur dba Super Liquor and as Trustee of the Karnail and Narinder Khinda-Kaur Family Trust ("Defendants"). The clerk previously entered the default of Defendants on April 18, 2022 (Dkt. 7).

At the time and place of hearing, Plaintiff will present proof of the following matters:

1.   On February 11, 2022, Plaintiff filed a Complaint against Defendants;

2. Defendants have not appeared in this action;

3. Defendants are not minors, incompetent persons, or persons in the military service, or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

4. Plaintiff is entitled to judgment against Defendants on account of the claims pleaded in the Complaint, to wit: Defendants violated Plaintiff's civil rights pursuant to Title III of the Americans with Disabilities Act of 1990 (42 U.S.C. §§ 12181-12189) and related California statutes in that Defendants' public accommodation posed architectural barriers that interfered with Plaintiff's ability to use and enjoy the goods, services, privileges, and accommodations offered at the facility, and Plaintiff is entitled to an injunction requiring Defendants to remove said architectural barriers;

5. Plaintiff is entitled to damages in the sum of $4,000, which is the minimum amount of statutory damages set forth under California Civil Code § 52(a) for Plaintiff's visit to the subject property on November 12, 2021, wherein he encountered barriers to his access as alleged in the Complaint; and

6. Plaintiff is entitled to recover his reasonable attorney's fees and costs in the amount of $3,907.92, plus additional attorneys' fees as a result of Plaintiff's appearance at this hearing (if any is required), which additional amount will be offered at the hearing once the appropriate amount is ascertained.

This application is based upon this Notice; the Memorandum of Points and Authorities; the Declarations of Attorney Tanya E. Moore, Paralegal Whitney Law, and Paralegal Isaac Medrano, the pleadings, files and records on file in this matter; and on such other information as may be presented at the hearing on this motion.

Dated: January 12, 2023                    MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Darren Gilbert