UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>KARNAIL SINGH KHINDA, ET AL.<br><br>  Defendants. | 1:22-cv-00184-DAD-CKD<br><br>ORDER |

    Plaintiff filed this action asserting violations of the Americans with Disabilities Act (ADA) and state disability laws on February 2, 2022. (ECF No. 1.) On April 18, 2022, after neither defendants responded to the complaint, the clerk's office entered default. (ECF Nos. 7, 8.) On May 24, 2022, defendant Karnail Singh Khinda responded to the complaint. (ECF No. 9.) Plaintiff subsequently moved for default judgment, which the court denied without prejudice in light of defendant Khinda's appearance. (ECF Nos. 15, 18.)

    On October 2, 2023, the assigned district judge referred this case to the undersigned for an initial scheduling conference. (ECF No. 31.) The undersigned set an initial scheduling conference for December 6, 2023, and ordered the parties to file their joint scheduling report no later than fourteen (14) days before the scheduled conference; i.e., by November 22, 2023. (ECF No. 34.)

On November 22, 2023, plaintiff filed a unilateral scheduling report stating that plaintiff attempted to contact defendants to prepare the joint statement, but the attempts have been unsuccessful. (ECF No. 35 at 1.) The court vacated the initial scheduling conference and ordered defendants to show cause within fourteen days why the court should not impose monetary sanctions and invite plaintiff to seek reentry of default judgment against defendants as a sanction. (ECF No. 36.) The applicable deadline has passed, and defendants have not responded to the court's order.

Therefore, within 28 days of this order, plaintiff shall either a) file a renewed motion for default judgment with the court, or b) if plaintiff no longer wishes to prosecute this action, plaintiff shall file a statement to that effect with the court.

IT IS SO ORDERED.

Dated: February 6, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,gilb.0184