Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>KARNAIL SINGH KHINDA, Trustee of THE KARNAIL AND NARINDER KHINDA-KAUR FAMILY TRUST, et al.,<br><br>　　　Defendants. | Case No. 1:22-cv-00184-DAD-CKD<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>Date: April 10, 2024<br>Time: 10:00 a.m.<br>Courtroom: 24, 8th Floor (Sacramento)<br>Chief Magistrate Judge Carolyn K. Delaney |

**PLEASE TAKE NOTICE THAT** on April 10, 2023 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 24 of Chief United States Magistrate Judge Carolyn K. Delaney, located at the Robert T. Matsui United States Courthouse, 501 I Street in Sacramento, California, Plaintiff, Darren Gilbert ("Plaintiff"), by and through his attorney of record, Tanya E. Moore of the Moore Law Firm, P.C., will move the Court for a default judgment against Defendants, Karnail Singh Khinda, Trustee of the Karnail and Narinder Khinda-Kaur Family Trust; and Narinder Kaur dba Super Liquor and as Trustee of the Karnail and Narinder Khinda-Kaur Family Trust ("Defendants").

The clerk entered the default of Defendants on April 18, 2022 (Dkt. 7), and Defendant Karnail Singh Khinda subsequently filed a response on May 24, 2022 (Dkt. 9). Plaintiff filed a

motion for default judgment on January 12, 2023 (Dkt. 15), which motion was denied due to the appearance by Khinda. (Dkt. 21.) Thereafter, Defendants failed to respond to Plaintiff's efforts to meet and confer and prepare a joint scheduling report, and the Court accordingly ordered Defendants to show cause why the Court should not impose monetary sanctions and invite Plaintiff to seek reentry of default judgment against Defendants as a sanction. (Dkt. 36.) Defendants did not respond, and the Court issued an Order on February 6, 2024 requiring Plaintiff to file a renewed motion for default judgment within 28 days if he wishes to prosecute the action. (Dkt. 37.) This motion is therefore appropriate and timely.

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. On February 11, 2022, Plaintiff filed a Complaint against Defendants;

2. Defendants have not meaningfully appeared or participated in this action, nor timely responded to the Court's Order to Show Cause why Plaintiff should not be permitted to seek default judgment against them, and accordingly terminating sanctions in the form of a default judgment are appropriate;

3. Defendants are not minors, incompetent persons, or persons in the military service, or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

4. Plaintiff is entitled to judgment against Defendants on account of the claims pleaded in the Complaint, to wit: Defendants violated Plaintiff's civil rights pursuant to Title III of the Americans with Disabilities Act of 1990 (42 U.S.C. §§ 12181-12189) in that Defendants' public accommodation posed architectural barriers that interfered with Plaintiff's ability to use and enjoy the goods, services, privileges, and accommodations offered at the facility, and Plaintiff is entitled to an injunction requiring Defendants to remove said architectural barriers; and

5. Plaintiff is entitled to recover his reasonable attorney's fees and costs in the amount of $6,569.42, plus additional attorneys' fees as a result of Plaintiff's

appearance at this hearing (if any is required), which additional amount will be offered at the hearing once the appropriate amount is ascertained.

This application is based upon this Notice; the Memorandum of Points and Authorities; the Declaration of Attorney Tanya E. Moore, the [Proposed] Judgment, the pleadings, files and records on file in this matter; and on such other information as may be presented at the hearing on this motion.

Dated: March 4, 2024                                        MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert