UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>                    Plaintiff,<br><br>      v.<br><br>KARNAIL SINGH KHINDA, et al.,<br><br>                    Defendants. | No. 1:22-cv-00184-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 38, 44) |

On February 11, 2022, plaintiff Darren Gilbert filed this civil action alleging violations of the Americans with Disabilities Act ("ADA") against defendants Karnail Singh Khinda and Narinder Kaur. (Doc. No. 1.) On March 5, 2024, plaintiff filed the pending motion for default judgment. (Doc. No. 38.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On July 15, 2024, plaintiff's counsel filed a declaration informing the court that plaintiff had passed away in early July 2024. (Doc. No. 43.)

Consequently, on July 18, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for lack of subject matter jurisdiction because plaintiff's ADA claim has been mooted by his death. (Doc. No. 44.) In addition, the magistrate judge recommended that plaintiff's motion for default judgment (Doc. No. 38) be denied as having been rendered moot. (*Id.* at 3.) The findings and recommendations

1

provided that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 3–4.) To date, no objections have been filed and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 18, 2024 (Doc. No. 44) are adopted in full;
2. This action is dismissed without prejudice due to a lack of subject matter jurisdiction;
3. Plaintiff's motion for default judgment against defendants (Doc. No. 38) is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 5, 2024**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE